IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA F. PARHAM, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:03-0053 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the Court on cross-motions for judgment on the administrative record (Doc. Nos. 12 and 13). Magistrate Judge Griffin has issued a Report and Recommendation (Doc. No. 16). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby DENIES Plaintiff's Motion for Judgment on the Administrative Record and GRANTS Defendant's Motion for Judgment on the Administrative Record. This Order terminates this Court's jurisdiction over the above-styled action, and the case is dismissed.

It is so ORDERED.

Entered this the 11th day of August, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT